Robert F. HANLON, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 99–7146.

United States Court of Appeals,
Federal Circuit.

March 19, 2001.

ON MOTION

ORDER

Robert F. Hanlon moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.